USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRAULIO THORNE,
                 Plaintiff,

-against-

BARNES & NOBLE BOOKSELLERS, INC.,
                Defendant
------------------------------------------------------------- X

19 Civ. 10069 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for January 9, 2020. Dkt No. 12;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the January 9, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for the conclusion of fact and expert discovery, periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties are reminded that, pursuant to Individual Rule III.C.2, a pre-motion letter is required prior to filing a motion to dismiss under Rule 12(b). It is further

**ORDERED** that the time to answer or otherwise respond to the Complaint is extended to January 20, 2020.

Dated: January 7, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE