```
UNITED STATES DISTRICT COURT            | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           | DOCUMENT
------------------------------------X   | ELECTRONICALLY FILED
                                        | DOC #:
BRAULIO THORNE,                         | DATE FILED: 3/20/2020
```

BRAULIO THORNE,

                Plaintiff

        - against -

BARNES & NOBLE BOOKSELLERS, INC.

                Defendant.

------------------------------------X

19 Civ. 10069 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to dismiss the Complaint on February 27, 2020. ECF 27;

WHEREAS, Plaintiff timely filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15 on March 19, 2020. ECF 29. It is hereby

**ORDERED** that Defendant's motion to dismiss the Complaint is denied as moot. It is further

**ORDERED** that Defendant may, by **April 9, 2020**, file a motion to dismiss the First Amended Complaint and accompanying memorandum. Defendant does not need to file a pre-motion letter. Plaintiff's opposition to the motion to dismiss shall be filed no later than **April 30, 2020**. Defendants reply shall be filed no later than **May 7, 2020**. The submissions shall comply with the Court's Individual Rules.

Dated: March 20, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE